

to be free of school regulation of his hair.

The District Court did not err in its conclusion that the regulation in question is not arbitrary or unreasonable and that it is sufficiently related to alleviating interference with the educational process. Ferrell v. Dallas Independent School District, 392 F.2d 697 (5th Cir.), cert. denied, 393 U.S. 856, 89 S.Ct. 98, 21 L.Ed.2d 125 (1968); Davis v. Firment, 408 F.2d 1085 (5th Cir. 1969); Stevenson v. Wheeler County Bd. of Education, *supra*; Griffin v. Tatum, 425 F. 2d 201 [1970].

Affirmed.

Robert F. Nunez, Helen K. Hobbs, St. Petersburg, Fla., for defendant-appellant.

C. J. Hardee, Jr., Charlie Luckie, Jr., Thomas A. Capelle, Tampa, Fla., for plaintiffs-appellees.

Before TUTTLE, BELL and GOLDBERG, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Beatrice KILIAN, joined by her husband, Frederick John Kilian, and Frederick John Kilian individually, Plaintiffs-Appellees,

v.

CAMPBELL'S NATIONAL CAR LEASING, INC., a Florida corporation, et al., Defendants,

Bonita Jean Self, Defendant-Appellant.

No. 28534.

United States Court of Appeals, Fifth Circuit.

Oct. 14, 1970.

NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Assignee for the benefit of creditors of Sportone, Inc., Plaintiff-Appellant,

v.

Jose HEIBLUM, Defendant-Appellee.

No. 29526
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 12, 1970.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 [5th Cir. 1970].

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.